1060

[No. 13919–3–I.   Division One.   September 30, 1985.]

VASHON FOR QUALITY ENVIRONMENT, ET AL, *Appellants,*
v. KING COUNTY, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for King County, No. 82-2-14102-0, Donald D. Haley, J., entered February 2, 1983. *Reversed* and *remanded* by unpublished opinion per Scholfield, A.C.J., concurred in by Grosse and Webster, JJ.

[No. 14876–1–I.   Division One.   September 30, 1985.]

THE STATE OF WASHINGTON, *Respondent,* v. BILLY JACK BIBBS, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 84-1-00037-2, Robert E. Dixon, J., entered June 1, 1984. *Dismissed* by unpublished per curiam opinion.

[No. 13212–1–I.   Division One.   September 30, 1985.]

MT. BAKER RIM COMMUNITY CLUB, *Appellant,* v. THE JOHN'S PENSION PLAN, *Respondent.*

Appeal from a judgment of the Superior Court for Whatcom County, No. 82-2-01124-6, Jack S. Kurtz, J., entered April 28, 1983. *Reversed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Swanson and Webster, JJ.

[No. 13265–2–I.   Division One.   September 30, 1985.]

ROY SIMMONS, ET AL, *Appellants,* v. EARL A. RUSSELL, JR., ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for San Juan County, No. 4055, Richard L. Pitt, J., entered May 2, 1983. *Dismissed* by unpublished opinion per Williams, J., concurred in by Swanson, J., and Cole, J. Pro Tem.